■ ALSCO OF HAMBURG, INC., Respondent, v. MARY KELLY et al., Appellants.— Order unanimously affirmed, with $25 costs and disbursements. (Appeal from order of Erie County Court denying motion by defendants to open default judgment in favor of plaintiff.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.

■ FRANK E. WILLING, as Executor of JOSEPH E. WILLING, Deceased, Respondent, v. JAMES KOHLS, as Executor of LEON W. KOHLS, Deceased, Defendant, and FRANCIS E. O'NEILL, Appellant.— Order unanimously reversed, without costs of this appeal to either party and motion granted, without costs. See Memorandum filed in companion case of *O'Neill* v. *Kohls* (12 A D 2d 888). (Appeal from order of Monroe Special Term denying motion by defendant O'Neill to change the place of trial from Monroe County to Genesee County.) Present — Williams, P. J., Bastow, Goldman, McClusky and Henry, JJ.